IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BONNIE R. JONES on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHICAGO BRIDGE & IRON COMPANY (DELAWARE) a/k/a CB&I and CB&I STONE & WEBSTER, INC.,<br><br>Defendants. | Civil No. 3:17-cv-00424-RJC-DSC |

## **ORDER**

**THIS MATTER** is before the Court on the "Motion[s] for Admission Pro Hac Vice and Affidavit[s] [for Ryan F. Stephan and Catherine T. Mitchell]" (documents #10 and 11). For the reasons stated therein, the Motions are <u>granted</u>.

**SO ORDERED**.

Signed: October 31, 2017

_____
David S. Cayer
United States Magistrate Judge