IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BONNIE R. JONES, on behalf of herself, and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CHICAGO BRIDGE & IRON COMPANY (DELAWARE) a/k/a CB&I and CB&I STONE & WEBSTER, INC., <br><br> Defendants. | Civil Action No. 3:17-cv-00424-RJC-DSC |

## ORDER GRANTING JOINT MOTION FOR LIMITED STAY OF PROCEEDINGS

Having reviewed the parties' Joint Motion for Limited Stay of Proceedings, and for good cause shown, it is hereby **ORDERED** that the Motion be, and is, **GRANTED**. Accordingly, litigation of this matter shall be **STAYED**, up to and until February 14, 2018. In the event this case is not dismissed before that date, the parties must file a Certification and Report of Fed. R. Civ. P. 26(f) Conference and Discovery Plan on or before February 14, 2018.

**SO ORDERED.**

Signed: November 17, 2017

_____
David S. Cayer
United States Magistrate Judge