IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BONNIE R. JONES, on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHICAGO BRIDGE & IRON COMPANY (DELAWARE) a/k/a CB&I and CB&I STONE & WEBSTER, INC.,<br><br>Defendants. | Civil Action No. 3:17-cv-00424-RJC-DSC |

## ORDER GRANTING JOINT MOTION FOR ADDITIONAL LIMITED STAY OF PROCEEDINGS

Having reviewed the parties' Joint Motion for Additional Limited Stay of Proceedings, and after conferring with the chambers of the Honorable Robert J. Conrad, Jr., it is hereby **ORDERED** that the Motion is **GRANTED**. Accordingly, litigation of this matter shall be **STAYED**, up to and until July 11, 2018. In the event this case is not dismissed before that date, the parties must file a Certification and Report of Fed. R. Civ. P. 26(f) Conference and Discovery Plan on or before July 11, 2018.

**SO ORDERED**.

Signed: April 13, 2018

David S. Cayer
United States Magistrate Judge