IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| BONNIE R. JONES, on behalf of herself, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHICAGO BRIDGE & IRON COMPANY (DELAWARE) a/k/a CB&I and CB&I STONE & WEBSTER, INC.,<br><br>Defendants. | Civil Action No. 3:17-cv-00424-RJC-DSC |

## ORDER GRANTING JOINT MOTION FOR SECOND ADDITIONAL STAY OF PROCEEDINGS

Having reviewed the parties' Joint Motion for Second Additional Stay of Proceedings, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**. Accordingly, litigation of this matter shall be **STAYED** up to and until October 11, 2018. In the event this case is not dismissed before that date, the parties must file a Certification and Report of Fed. R. Civ. P. 26(f) Conference and Discovery Plan on or before October 11, 2018.

**SO ORDERED**.

Signed: July 10, 2018

_____
David S. Cayer
United States Magistrate Judge