UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-00424-RJC-DSC

| | |
|---|---|
| BONNIE R. JONES, on behalf of Herself and all others similar situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| CHICAGO BRIDGE & IRON COMPANY (DELAWARE) a/k/a CB&I and CB&I STONE & WEBSETER, INC., | ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER GRANTING JOINT MOTION FOR PRELIMINARY APPROVAL OF RULE 23 CLASS ACTION AND FLSA COLLECTIVE ACTION SETTLEMENT

Upon consideration of the Parties' Joint Motion for Preliminary Approval of Rule 23 Class Action and FLSA Collective Action Settlement, (Doc. No. 21), the Court grants the Joint Motion and ORDERS as follows:

1.  The Parties' Class Action Settlement is preliminary approved as fair, reasonable, and adequate pursuant to Fed. R. Civ. P. 23(e), and a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act. As a result, the terms of the Parties' Class Action Settlement Agreement are approved and incorporated herein (*see* Exhibit 1 to Memorandum in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Rule 23 Class Action and FLSA Collective Action);

2. The following Settlement Class is preliminarily certified pursuant to Fed. R. Civ. P. 23 and 29 U.S.C. § 216(b), pending final approval of the settlement:

> Non-exempt employees working a "9/80 plan" in Defendant's Power Division for the 2 years preceding the filing of the Complaint (July 18, 2015 through July 18, 2017) who were located in Charlotte, North Carolina and Canton, Massachusetts.;

3. Plaintiff Bonnie Jones is preliminarily approved as the Representative of the Settlement Class;

4. Gibbons Leis, PLLC and Stephan Zouras, LLP are preliminarily approved as Class Counsel for the Settlement Class;

5. The Class Action Settlement Notice, which is attached as Exhibit B to the Class Action Settlement Agreement; is approved and shall be distributed pursuant to the terms of the Class Action Settlement Agreement; The proposed notice clearly and accurately describes the nature of the Litigation, which individuals are authorized to participate in the Settlement, and the Plaintiff's claims and Defendant's defenses. It also fairly describes the claims to be released by the settlement class. The Notice apprises members of the settlement class of their options under the Settlement Agreement; and

6. The Final Approval Hearing is hereby set for **June 25, 2019** at **11:00 a.m.**, to be held at the U.S. District Courthouse for the Western District of North Carolina, 401 W. Trade St., Charlotte, North Carolina, 28202.

**SO ORDERED.**

Signed: March 29, 2019

Robert J. Conrad, Jr.
United States District Judge